UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61797-CIV-ZLOCH

ALBERTO ELIAKIM,

       Petitioner,

vs.                                    **O R D E R**

JAMES MCDONOUGH, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

       Respondent.
_____/

    THIS MATTER is before the Court upon the Report And Recommendation (DE 11) filed herein by United States Magistrate Judge Lurana S. Snow. The Court has conducted a <u>de novo</u> review of the entire record herein and is otherwise fully advised in the premises.

    The Court notes that the Supreme Court decision upon which Petitioner bases the instant Petition was decided in 2006, well after Petitioner's trial and after his conviction became final. <u>See</u> <u>Holmes v. South Carolina</u>, 547 U.S. 319 (2006). Pursuant to 28 U.S.C. § 2254(d)(1), federal habeas relief shall not be granted on a claim adjudicated on the merits in State court unless the adjudication "resulted in a decision that was contrary to, or involved an unreasonable application of, clearly established Federal law, as determined by the Supreme Court of the United States." 28 U.S.C. § 2254(d)(1) (2006). In addition to the reasons stated in the Report And Recommendation (DE 11), the

evidentiary decision at issue did not constitute an unreasonable application of clearly established Federal law because <u>Holmes</u> had not yet been decided.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. That the Report And Recommendation (DE 11) filed herein by United States Magistrate Judge Lurana S. Snow, be and the same is hereby approved, ratified, and adopted by the Court, and all pending Motions be and the same are hereby **DENIED** as moot; and

2. Final Judgment will be entered by separate order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___17th___ day of September, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Lurana S. Snow
United States Magistrate Judge

All Counsel of Record